# KIDD LAW GROUP PLLC

**Attorneys And Counsell**
**450 Seventh Avenue-S**
**New York, New York**
**Tel.: 917.340.16**
**Fax: 212.268.21**

Application granted in part. Provided that a stipulation staying this action pending arbitration is executed by all parties to this action by noon on January 20, 2026, the initial conference will be adjourned sine die. If an appropriate stipulation is not filed by noon on January 20, 2026, the conference will proceed as scheduled.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         January 15, 2026

January 15, 202

Honorable Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re: Xu v. Ally Financial Inc., et al., Case No.: 25-cv-08553-PMH**

Dear Judge Halpern,

This office represents Plaintiff Shu Xu in the captioned action. We write respectfully to inform the Court that the undersigned is currently in discussion with counsel for defendant Darcars of Railroad Avenue, Inc. d/b/a Lexus of Mount Kisco aimed at arriving at a stipulation concerning staying the entire action and proceeding instead in arbitration. Due to the intercession of the holiday season and other deadlines, the parties have not yet finalized the stipulation. However, they anticipate filing a stipulation for the consideration of this Court by January 21, 2026.

In light of the foregoing, Plaintiff, on behalf of himself and the remaining parties, respectfully requests that the Court adjourn *sine die* the Initial Conference in this matter, currently scheduled for January 21, 2026. We also request that the Court vacate all filing deadlines related to the Initial Conference.

We thank the Court for its kind consideration of the foregoing.

Respectfully submitted,
KIDD LAW GROUP PLLC


By: */s/ Novlette R. Kidd*
    NOVLETTE R. KIDD, ESQ.